**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT SIMMONS,** | : | |
| Petitioner | : | **CIVIL NO. 3:CV-15-0189** |
| v. | : | **(Judge Caputo)** |
| **WARDEN DONNA ZICKEFOOSE,** | : | |
| Respondent | : | |

**O R D E R**

**AND NOW**, this **17th** day of **MAY, 2016**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Petition for writ of habeas corpus (Doc. 1) is **DISMISSED** due to Mr. Simmons' failure to exhaust his available administrative remedies.

2. The Clerk of Court is directed to **CLOSE** this case.

                                            **/s/ A. Richard Caputo**
                                            **A. RICHARD CAPUTO**
                                            **United States District Judge**